LAURENCE PARADIS (STATE BAR NO. 122336)
ALEXIUS MARKWALDER (STATE BAR NO.227004)
MARY-LEE E. KIMBER (STATE BAR NO. 239086)
DISABILITY RIGHTS ADVOCATES
2001 Center St., Third Floor
Berkeley, CA 94704
Telephone:    (510) 665-8644
Facsimile:    (510) 665-8511
TTY:          (510) 665-8716
Email:        general@dralegal.org

Attorneys for Plaintiffs


BRUCE BEHRENS, Chief Counsel
DAVID GOSSAGE, Deputy Chief Counsel
G. MICHAEL HARRINGTON, Assistant Chief Counsel
DAVID N. SANDLER (STATE BAR NO. 51499)
595 Market Street, Suite 1700, San Francisco, CA 94105
Mail: P.O. Box 7444, San Francisco, CA 94120-7444
Telephone: (415) 904-5700
Facsimile: (415) 904-2333

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIANS FOR DISABILITY
RIGHTS, INC. ("CDR"), CALIFORNIA
COUNCIL OF THE BLIND ("CCB"),
BEN ROCKWELL and DMITRI
BELSER, on behalf of themselves, and on
behalf of all others similarly situated,

Plaintiffs,

v.

CALIFORNIA DEPARTMENT OF
TRANSPORTATION ("Caltrans") and WILL
KEMPTON, in his official capacity.

Defendants.

Case No.  C 06 5125

**STIPULATION RE EXCLUSION OF
STUHR v. CALIFORNIA FROM THE
SCOPE OF THE CLASS AND
[PROPOSED] ORDER**

Whereas, Disability Rights Advocates, on behalf of their clients Californians for Disability Rights, the California Council of the Blind, Ben Rockwell and Dmitri Belser, filed a class action lawsuit on August 23, 2006 in the Northern Federal District Court against the California Department of Transportation and Will Kempton (Case No. C-06-5125 SBA), alleging systemic accessibility violations along pedestrian rights of way and Park and Ride facilities across the state of California and under the jurisdiction of Caltrans;

Whereas, Mark Potter, on behalf of his client Jeff Stuhr, filed a separate lawsuit on September 5, 2006 in the Superior Court for the County of Sonoma against the state of California (Case No. SCV 239273), alleging an inaccessible sidewalk with steps and no curb cut in front of 18133 Sonoma Highway 12 in Sonoma County, California;

Whereas, there is potential for overlap in the two lawsuits given that Plaintiff Stuhr would also be a class member in Case No. C-06-5125 SBA, if certified as a class action; and

Whereas, Plaintiff Stuhr in Case No. SCV 239273 alleges and seeks monetary damages and Plaintiffs in Case No. C-06-5125 SBA seek only injunctive relief;

The undersigned parties, by and through their counsel of record, hereby stipulate and agree to the following:

1. Should this Court in Case No. C-06-5125 SBA certify any class, the scope of said class will be restricted so as to exclude the barriers alleged in Case No. SCV 239273;

2. The specific barriers to be excluded from Case No. C-06-5125 SBA are:

   a. The stairs located on the sidewalk in front of 18133 Sonoma Highway 12, Sonoma, California; and

   b. The missing curb ramp on the sidewalk in front of 18133 Sonoma Highway 12, Sonoma, California.

SO STIPULATED.

/

/

/

*Californians for Disability Rights, Inc. v. California Department of Transportation,* Case No.: C 06 5125
**STIPULATION RE EXCLUSION OF STUHR v. CALIFORNIA FROM THE SCOPE OF THE CLASS AND [PROPOSED] ORDER**

1

1     DATED: October 31, 2006      CALIFORNIA DEPARTMENT OF TRANSPORTATION

2                 *David N. Sandler*

3                 Attorneys for Defendants

4     DATED: ~~October~~ November 2, 2006      DISABILITY RIGHTS ADVOCATES

5

6                 *MEK*

7                 Mary-Lee E. Kimber
                 Attorneys for Plaintiffs

8

9                  **~~(Proposed)~~ ORDER**

10

11     IT IS SO ORDERED.

12     Dated: 11/9/06 _____       _____
                 *Saundra B. Armstrong*

13                 HONORABLE SAUNDRA B. ARMSTRONG
                U.S. DISTRICT COURT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

\\Server\cases\CDR.CalTrans\Pleadings\Stipulations\Stip_StuhrCarveOut.doc

*Californians for Disability Rights, Inc. v. California Department of Transportation*, Case No.: C 06 5125
STIPULATION RE EXCLUSION OF STUHR v. CALIFORNIA FROM THE SCOPE OF THE CLASS
AND [PROPOSED] ORDER

2