1   LAURENCE PARADIS (STATE BAR NO. 122336)
    ALEXIUS MARKWALDER (STATE BAR NO.227004)
2   MARY-LEE E. KIMBER (STATE BAR NO. 239086)
    DISABILITY RIGHTS ADVOCATES
3   2001 Center St., Third Floor
    Berkeley, CA 94704
4   Telephone:    (510) 665-8644
    Facsimile:    (510) 665-8511
5   TTY:          (510) 665-8716
    Email:        general@dralegal.org
6
    Attorneys for Plaintiffs
7

8
    BRUCE BEHRENS, Chief Counsel
9   DAVID GOSSAGE, Deputy Chief Counsel
    G. MICHAEL HARRINGTON, Assistant Chief Counsel
10  DAVID N. SANDLER (STATE BAR NO. 51499)
    595 Market Street, Suite 1700, San Francisco, CA 94105
11  Mail: P.O. Box 7444, San Francisco, CA 94120-7444
    Telephone: (415) 904-5700
12  Facsimile: (415) 904-2333

13  Attorneys for Defendants

14

15                    UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17

18

19  CALIFORNIANS FOR DISABILITY              Case No.  C 06 5125
    RIGHTS, INC. ("CDR"), CALIFORNIA
20  COUNCIL OF THE BLIND ("CCB"),
    BEN ROCKWELL and DMITRI                   STIPULATION RE APPPLICATION OF
21  BELSER, on behalf of themselves, and on   GENERAL ORDER 56 TO TITLE II AND
    behalf of all others similarly situated,  [PROPOSED] ORDER
22
    Plaintiffs,
23
    v.
24
    CALIFORNIA DEPARTMENT OF
25  TRANSPORTATION ("Caltrans") and WILL
    KEMPTON, in his official capacity.
26
    Defendants.
27

28

1    Whereas, General Order 56 for the Northern District Federal Court applies only to cases

2  alleging claims pursuant to Title III of the Americans with Disabilities Act;

3    Whereas, the Court's scheduling order refers to the above captioned case as a Title III

4  Denial of Right of Access case and accordingly applies General Order 56;

5    Whereas, Plaintiffs filed the above captioned case pursuant to Title II of the Americans

6  with Disabilities Act;

7    The undersigned parties, by and through their counsel of record, hereby stipulate to and

8  request the following revisions to the Court's Scheduling Order:

9    1.  The Court order that the above captioned case is not subject to General Order 56

10  because it alleges no causes of action under Title III of the Americans with Disabilities Act;

11    2.  The Court set a date for the initial case management conference at its earliest

12  convenience.  SO STIPULATED.

13

14  DATED: October 17, 2006    CALIFORNIA DEPARTMENT OF TRANSPORTATION

15    David N. Sandler for G. Michael Harrington
      Attorneys for Defendants

16

17  DATED: October 12, 2006    DISABILITY RIGHTS ADVOCATES

18

19    Mary-Lee E. Kimber
      Attorneys for Plaintiffs

20

21    [PROPOSED] ORDER

22

23  IT IS SO ORDERED.

24  Dated: 1/23/07

25    HONORABLE SAUNDRA B. ARMSTRONG
      U.S. DISTRICT COURT JUDGE

26

27

28    \\Server\cases\CDR.CalTrans\Pleadings\Stipulations\Stip_GO56.doc

_Californians for Disability Rights, Inc. v. California Department of Transportation_, Case No.: C 06 5125
STIPULATION RE APPLICATION OF GENERAL ORDER 56 TO TITLE II AND [PROPOSED] ORDER