UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR DISABILITY RIGHTS, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION, et al.<br><br>Defendant(s). | No. C06-5125 SBA (BZ)<br><br>**FIRST DISCOVERY ORDER** |

Plaintiffs' motion to compel discovery having been referred to me, and it appearing that plaintiff has failed to comply with Civil Local Rule 37-2, plaintiffs are **ORDERED** to file with the Court a Rule 37-2 statement.  Plaintiffs' motion will be calendared once they have complied with Rule 37-2.

Dated: May 17, 2007

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\CALIFORNIANS FOR DISABILITY RIGHTS\first disc order.wpd

1