UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIANS FOR DISABILITY RIGHTS, et al.
      Plaintiff(s),

v.

CALIFORNIA DEPARTMENT OF TRANSPORTATION, et al.
      Defendant(s).

No. C06-5125 SBA (BZ)

**BRIEFING ORDER**

Plaintiffs' motion to compel discovery having been referred to me, plaintiff having subsequently complied with Civil Local Rule 37-2, **IT IS ORDERED** as follows:

1. Defendants' opposition, if any, shall be filed by **Friday, July 6, 2007**;

2. Plaintiffs' reply, if any, shall be filed by **Friday, July 13, 2007**;

3. A hearing on plaintiffs' motion is scheduled for **Wednesday, August 1, 2007 at 10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San

///

1

1  Francisco, California.

2  Dated:   June 15, 2007

3  _____
       Bernard Zimmerman
4      United States Magistrate Judge

5  G:\BZALL\-REFS\CALIFORNIANS FOR DISABILITY RIGHTS\BRIEFING.ORDER.wpd

2