UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR DISABILITY RIGHTS, et al.<br><br>           Plaintiff(s),<br><br>     v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION, et al.<br><br>           Defendant(s). | No. C06-5125 SBA (BZ)<br><br>**SECOND DISCOVERY ORDER** |

On June 26, 2007, I conducted a telephonic conference to address plaintiffs' motion to expedite briefing and hearing schedule [Docket No. 38], and to give the parties some guidance as to how they might resolve the disputes at issue in plaintiffs' motion to compel [Docket No. 27].  All interested parties were present, represented by counsel.  For the reasons stated during the conference, **IT IS ORDERED** that plaintiffs' motion to expedite is **DENIED**.  The briefing and hearing schedule contained in my June 15 Order [Docket No. 37] remains in effect.  The parties are encouraged to attempt to resolve

1

the present dispute in accordance with the views expressed by the court during the conference.

Dated: June 27, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\CALIFORNIANS FOR DISABILITY RIGHTS\second disc order.wpd