UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR DISABILITY RIGHTS, INC. ("CDR"), CALIFORNIA COUNCIL OF THE BLIND ("CCB"), BEN ROCKWELL and DMITRI BELSER, on behalf of themselves, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION ("Caltrans") and WILL KEMPTON, in his official capacity,<br><br>Defendants. | 06-5125 SBA<br><br>**ORDER**<br>[Docket No. 70] |

Having considered Defendants' Administrative Motion for Additional Pages and Time to File Opposition to Plaintiffs' Motion for Class Certification [Docket No. 70] and all supporting papers, and good cause appearing, the Court hereby ORDERS that:

1. Briefs, or memoranda of points and authorities, filed in support of Plaintiffs' motion for class certification and Defendants' opposition to Plaintiffs' motion for class certification may not exceed **25** pages of text;

2. Defendants' opposition to Plaintiffs' motion for class certification, if any, shall be filed by December 11, 2007;

3. Plaintiffs' reply, if any, shall be filed by December 26, 2007;

4. The hearing on Plaintiffs' motion for class certification is scheduled for January 29, 2008.

1
2    IT IS SO ORDERED.
3                                                          *Saundra B Armstrong*
4    Dated: 10/30/07                            SAUNDRA BROWN ARMSTRONG
                                                 United States District Judge
5
...
28

2

**United States District Court**
For the Northern District of California