UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIANS FOR DISABILITY )
RIGHTS, INC. ("CDR"), et      )
al.,                          )        No. C06-5125 SBA (BZ)
                              )
            Plaintiff(s),     )        **BRIEFING ORDER**
                              )
        v.                    )
                              )
CALIFORNIA DEPARTMENT OF      )
TRANSPORTATION ("CALTRANS")   )
and WILL KEMPTON, in his      )
official capacity,            )
                              )
            Defendant(s).     )
_____ )

Defendants have filed a Motion to Compel Depositions.

**IT IS ORDERED** as follows:

1.  Plaintiffs' opposition, if any, shall be filed by **November 9, 2007;**

2.  Defendants' reply, if any, shall be filed by **November 14, 2007.**

The court will schedule a hearing if necessary.

Dated:  October 31, 2007

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\CALIFORNIANS FOR DISABILITY RIGHTS\BRIEFING ORDER.DEFS.MOT.COMPEL.wpd

1