UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS FERNANDEZ, et al.,  )
                           )
        Plaintiff(s),      )    No. C06-5125 SBA (BZ)
                           )
                           )    **BRIEFING ORDER**
    v.                     )
                           )
                           )
K-M INDUSTRIES HOLDING CO.,)
et al.,                    )
                           )
        Defendant(s).      )
                           )
_____)

   Plaintiff's Motion to Compel Production Of Documents has been assigned to me.  **IT IS ORDERED** as follows:

   1.  Defendants' opposition shall be filed by **November 19, 2007**;

   2.  Plaintiff's reply, if any, shall be filed by **November 26, 2007**.

   If a hearing is necessary it will be held on **December 5, 2007** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: November 8, 2007

                                  _____
                                       Bernard Zimmerman
                                  United States Magistrate Judge

G:\BZALL\-REFS\FERNANDEZ V. K.M INDUSTRIES\BRIEFING ORDER.wpd

1