UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR DISABILITY RIGHTS, et al.<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION, et al.<br><br>　　　　Defendant(s). | No. C06-5125 SBA (BZ)<br><br>**THIRD DISCOVERY ORDER** |

　　Before the court is plaintiffs' Motion to Compel Depositions and Request for Sanctions.  The court is disappointed that the parties could not resolve this problem with the court's guidance.  If the parties persist in such poor discovery management, the court will consider appointing a discovery referee.

　　Having viewed the moving papers, the opposition, the reply and the transcripts of the depositions of Roger Peterson, Julie Curry, Ruth Patricia Esther Jonas-Goldkorn and Stephanie Bussi, the court finds no need for further argument.
**IT IS HEREBY ORDERED** as follows:

1

1. Defendants shall be initially limited to taking up to 5 additional depositions of people who submitted declarations in support of class certification. Defendants may select which 5 declarants they wish to depose. Each deposition shall be limited to 2 hours. The court is troubled that some of the depositions previously taken seem to have been unduly prolonged and to have gotten into areas which seem unduly intrusive and conversely, that the defendants have made little showing of how the information gleaned in the depositions they have taken, will assist them in opposing class certification.

2. The depositions shall be completed as soon as possible and by no later than **December 7, 2007**.

3. If after completing these depositions, defendants believe they need further time from a specific deponent or, based on these depositions, believe they need further depositions to oppose class certification, they may seek further relief.

4. The request for sanctions is **DENIED**. Some of plaintiffs' concerns were justified and defendants failed to comply with Local Rule 7-8.

Dated: November 28, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\CALIFORNIANS FOR DISABILITY RIGHTS\THIRD DISC ORDER.wpd