UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR DISABILITY RIGHTS, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION, et al.<br><br>Defendant(s). | No. C06-5125 SBA (BZ)<br><br>**NOTICE OF RECUSAL** |

I hereby recuse myself in the above action.

Dated: October 17, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\CALIFORNIANS FOR DISABILITY RIGHTS\RECUSAL.wpd

1