LAURENCE PARADIS (STATE BAR NO. 122336)
MARY-LEE E. KIMBER (STATE BAR NO. 239086)
KATRINA KASEY CORBIT (STATE BAR NO. 237931)
DISABILITY RIGHTS ADVOCATES
2001 Center St., Third Floor
Berkeley, CA 94704
Telephone:   (510) 665-8644
Facsimile:   (510) 665-8511
TTY:         (510) 665-8716
Email:       general@dralegal.org

DANIEL B. KOHRMAN
(DC BAR NO. 394064)
JULIE NEPVEU (DC BAR NO. 458305)
AARP FOUNDATION LITIGATION
601 E Street, NW
Washington, DC 20049
Telephone:   (202) 434-2060
Facsimile:   (202) 434-6424
Cell:        (202) 316-1991
Email:       dkohrman@aarp.org
             jnepveu@aarp.org

JOSÉ R. ALLEN (STATE BAR NO. 122742)
Pro Bono Counsel
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111
Telephone:   (415) 984-6400
Facsimile:   (415) 984-2698

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR DISABILITY RIGHTS, INC. ("CDR"), CALIFORNIA COUNCIL OF THE BLIND ("CCB"), BEN ROCKWELL and DMITRI BELSER, on behalf of themselves, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION ("Caltrans") and WILL KEMPTON, in his official capacity.<br><br>Defendants. | Case No. C-06-5125 SBA<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST FOR ADMINISTRATIVE RELIEF RE: CONSOLIDATION OF HEARINGS**<br><br>**Judge:** Hon. Saundra Brown Armstrong<br><br>**Date filed:** August 23, 2006<br>**Trial date:** September 9, 2009 |

**I.   PROCEDURAL BACKGROUND / ANALYSIS**

Having considered Plaintiffs' Request for Administrative Relief Re: Consolidation of Hearings and the supporting papers, and good cause appearing, the Court hereby ORDERS Defendants' Motion for Judgment on the Pleadings and Plaintiffs' Motion for Summary Judgment shall both be heard on March 24, 2009 at 1 pm.

IT IS SO ORDERED.

Dated: 2/24/09

HONORABLE SAUNDRA B. ARMSTRONG
U.S. DISTRICT COURT JUDGE

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

*Californians for Disability Rights, Inc. v. California Department of Transportation,* **Case No.: C 06 5125**
**[Proposed] ORDER GRANTING PLAINTIFFS' REQUEST FOR ADMINISTRATIVE RELIEF RE: CONSOLIDATION OF HEARINGS**

1