IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR DISABILITY RIGHTS, *et al.*,<br><br>        Plaintiffs,<br><br>  v.<br><br>CALIFORNIA DEPT OF TRANSPORTATION, *et al.*,<br><br>        Defendants._____/ | No. C 06-05125 SBA (MEJ)<br><br>**ORDER RE PROPOSED PROTECTIVE ORDER** |

The Court is in receipt of the parties' proposed protective order, filed May 18, 2009. (Dkt. #309.) As it does not comply with the requirements of Civil Local Rule 79-5, the Court hereby ORDERS the parties to file a revised proposal. The parties are advised that a model protective order may be found on the Court's website under the "Forms" tab.

**IT IS SO ORDERED.**

Dated: May 20, 2009

                                                                            _____
                                                                            MARIA-ELENA JAMES
                                                                            United States Magistrate Judge