| | |
|---|---|
| LAURENCE PARADIS (SBN 122336) <br> MARY-LEE E. KIMBER (SBN 239086) <br> DISABILITY RIGHTS ADVOCATES <br> 2001 Center St., Third Floor <br> Berkeley, CA 94704 <br> Telephone: (510) 665-8644 <br> Facsimile: (510) 665-8511 <br> TTY: (510) 665-8716 <br> Email: general@dralegal.org <br><br> DANIEL B. KOHRMAN <br> (DC BAR NO. 394064) <br> JULIE NEPVEU (DC BAR NO. 458305) <br> AARP FOUNDATION LITIGATION <br> 601 E Street, NW <br> Washington, DC 20049 <br> Telephone: (202) 434-2060 <br> Facsimile: (202) 434-6424 <br> Cell: (202) 316-1991 <br> Email: dkohrman@aarp.org; jnepveu@aarp.org <br><br> JOSÉ R. ALLEN (SBN 122742) <br> Pro Bono Counsel <br> Four Embarcadero Center, Suite 3800 <br> San Francisco, CA 94111 <br> Telephone: (415) 984-6400 <br> Facsimile: (415) 984-2698 <br><br> Attorneys for Plaintiffs | BRUCE BEHRENS, Chief Counsel <br> DAVID GOSSAGE, Deputy Chief Counsel <br> G. MICHAEL HARRINGTON, Assistant <br> Chief Counsel (SBN 124677) <br> 595 Market Street, Suite 1700 <br> San Francisco, CA 94105 <br> Mail: P.O. Box 7444 <br> San Francisco, CA 94120-7444 <br> Telephone: (415) 904-5700 <br> Facsimile: (415) 904-2333 <br> E-mail: mike_harrington@dot.ca.gov <br><br> GREENBERG TRAURIG, LLP <br> GREGORY F. HURLEY (SBN 126791) <br> EUDEEN Y. CHANG (SBN 212117) <br> 3161 Michelson Drive, Suite 1000 <br> Irvine, CA 92612 <br> Telephone: (949) 732-6500 <br> Fascimilie: (949) 732-6501 <br> Email: hurleyg@gtlaw.com <br><br> Attorneys for Defendants |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIANS FOR DISABILITY RIGHTS, INC. ("CDR"), CALIFORNIA COUNCIL OF THE BLIND ("CCB"), BEN ROCKWELL and DMITRI BELSER, on behalf of themselves, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF TRANSPORTATION ("Caltrans") and WILL KEMPTON, in his official capacity. <br><br> Defendants. | Case No. C 06 5125 SBA <br><br> **CLASS ACTION** <br><br> **REVISED ORDER RE STIPULATION REGARDING EXTENSION OF EXPERT DISCOVERY DEADLINE** <br><br> Judge: Hon. Saundra Brown Armstrong <br><br> Magistrate Judge Assigned for Discovery Matters: Hon. Maria-Elena James <br><br> Trial Date: September 9, 2009 |

**[Proposed] ORDER**

Having reviewed and considered the parties' "Stipulation and Request Regarding Extension of Expert Discovery Deadline," and good cause appearing, the Court hereby orders that:

1. The expert discovery deadline shall be extended from June 8, 2009 until June 26, 2009;

2. Mr. Hecker will be deposed on June 24, 2009;

3. Ms. Bishop will be deposed prior to June 26, 2009;

4. With the exceptions of the above-described depositions, no other expert discovery may be conducted after June 8, 2009.

**IT IS SO ORDERED.**

Dated: 6/10/09                    _____*Saundra B. Armstrong*_____
                                  HONORABLE SAUNDRA BROWN ARMSTRONG
                                  U.S. DISTRICT JUDGE

\\Server\cases\CDR.CalTrans\Pleadings\Stipulations\Revised_PO_Stip_Expert_Disco_Ext.doc

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

*Californians for Disability Rights, Inc. v. California Department of Transportation,* **Case No.: C 06 5125**
**[Proposed] REVISED ORDER RE STIPULATION RE EXTENSION OF EXPERT DISCOVERY DEADLINE**

1