UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIANS FOR DISABILITY RIGHTS, INC. ("CDR"), CALIFORNIA COUNCIL OF THE BLIND ("CCB"), BEN ROCKWELL, AND DMITRI BELSER, on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION ("CALTRANS") and WILL KEMPTON, in his official capacity,<br><br>　　　　Defendant. | Case No: C 06-5125SBA<br><br>**ORDER RE MOTIONS IN LIMINE** |

   IT IS HEREBY ORDERED THAT the Order for Pretrial Preparation (Docket No. 243) is modified with respect to the submission of motions in limine. All motions in limine and any opposition thereto shall be set forth in a single memorandum, not to exceed 15 pages in length. Any request to exceed the page limit must be submitted prior to the deadline for these briefs and must be supported by a showing of good cause and a certification that the applicant has met and conferred with the opposing party. All other provisions of the Order for Pretrial Preparation shall remain unchanged.

Dated: August 4, 2009

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Saundra Brown Armstrong
　　　　　　　　　　　　　　　　　　　　　United States District Judge