UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CALIFORNIANS FOR DISABILITY RIGHTS, INC. ("CDR"), CALIFORNIA COUNCIL OF THE BLIND ("CCB"), BEN ROCKWELL, AND DMITRI BELSER, on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION ("CALTRANS") and WILL KEMPTON, in his official capacity,<br><br>Defendant. | Case No: C 06-5125SBA<br><br>**ORDER RE SUBMISSION OF REPLY BRIEFS** |

IT IS HEREBY ORDERED THAT the parties may file a reply brief in support of their respective motions in limine by Noon, August 27, 2009.  Each side's reply may not exceed 5 pages.

Dated: August 26, 2009

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge