LAURENCE PARADIS (STATE BAR NO. 122336)
MARY-LEE E. KIMBER (STATE BAR NO. 239086)
DISABILITY RIGHTS ADVOCATES
2001 Center St., Third Floor
Berkeley, CA 94704
Telephone:    (510) 665-8644
Facsimile:     (510) 665-8511
TTY:             (510) 665-8716
Email:           general@dralegal.org

DANIEL B. KOHRMAN (DC BAR NO. 394064)
JULIE NEPVEU (DC BAR NO. 458305)
AARP FOUNDATION LITIGATION
601 E Street, NW
Washington, DC 20049
Telephone:    (202) 434-2060
Facsimile:     (202) 434-6424
Cell:              (202) 316-1991
Email:           dkohrman@aarp.org
                    jnepveu@aarp.org

JOSÉ R. ALLEN (STATE BAR NO. 122742)
Pro Bono Counsel
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111
Telephone:    (415) 984-6400
Facsimile:     (415) 984-2698

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR DISABILITY RIGHTS, INC. ("CDR"), CALIFORNIA COUNCIL OF THE BLIND ("CCB"), BEN ROCKWELL and DMITRI BELSER, on behalf of themselves, and on behalf of all others similarly situated<br><br>Plaintiffs,<br>v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION ("Caltrans") and WILL KEMPTON, in his official capacity<br><br>Defendants. | Case No. C-06-5125 SBA<br><br>**[Proposed] ORDER GRANTING PLAINTIFFS ACCESS TO THE FEDERAL BUILDING FOR EQUIPMENT AND DEMONSTRATIVE DEVICES TO USE AT TRIAL**<br><br>**Judge:**  Hon. Saundra Brown Armstrong<br><br>**Date filed:** August 23, 2006<br>**Trial date:** September 16, 2009<br>**Courtroom:**  3, 3rd Floor<br>                     1301 Clay Street<br>                     Oakland, CA |

*Californians for Disability Rights, Inc. v. California Department of Transportation,* **Case No.: C 06 5125**
**Plaintiffs' Notice of Using Demonstrative Devices at Trial and [Proposed] Order**

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

The Court, having been duly notified of Plaintiffs' intention to use demonstrative devices and exhibits during the trial in this matter, hereby ORDERS that Plaintiffs and their counsel of record be granted access to the Federal Building located at 1301 Clay Street with the following devices and exhibits from September 16 through September 30, 2009:

- laptop computer
- projector
- projection screen
- extension cords
- computer peripherals
- exhibit easel
- rolling bookcase
- boxes of binders with documents (approximately 80 bankers boxes)
- office supplies (e.g., pens, paper, etc. in one box)
- a demonstrative exhibit, approximately two by three feet, consisting of material used as a detectable warning for curb ramps
- a demonstrative exhibit consisting of poster board with map of California
- a demonstrative exhibit of an audible pedestrian alert device, including a base and post approximately four feet high

**IT IS SO ORDERED.**

DATED: 9/15/09

_____
HONORABLE SAUNDRA B. ARMSTRONG
United States District Judge
Northern District of California

*Californians for Disability Rights, Inc. v. California Department of Transportation,* **Case No.: C 06 5125**
**Plaintiffs' Notice of Using Demonstrative Devices at Trial and [Proposed] Order**