LAURENCE PARADIS (STATE BAR NO. 122336)
MARY-LEE E. KIMBER (STATE BAR NO. 239086)
DISABILITY RIGHTS ADVOCATES
2001 Center St., Third Floor
Berkeley, CA 94704
Telephone:     (510) 665-8644
Facsimile:     (510) 665-8511
TTY:           (510) 665-8716
Email:         general@dralegal.org

DANIEL B. KOHRMAN (DC BAR NO. 394064)
JULIE NEPVEU (DC BAR NO. 458305)
AARP FOUNDATION LITIGATION
601 E Street, NW
Washington, DC 20049
Telephone:     (202) 434-2060
Facsimile:     (202) 434-6424
Cell:          (202) 316-1991
Email:         dkohrman@aarp.org
               jnepveu@aarp.org

JOSÉ R. ALLEN (STATE BAR NO. 122742)
Pro Bono Counsel
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111
Telephone:     (415) 984-6400
Facsimile:     (415) 984-2698

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR DISABILITY RIGHTS, INC. ("CDR"), CALIFORNIA COUNCIL OF THE BLIND ("CCB"), BEN ROCKWELL and DMITRI BELSER, on behalf of themselves, and on behalf of all others similarly situated<br><br>Plaintiffs,<br>v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION ("Caltrans") and WILL KEMPTON, in his official capacity<br><br>Defendants. | Case No. C-06-5125 SBA<br><br>**GRANTING PLAINTIFFS ACCESS TO THE FEDERAL BUILDING FOR EQUIPMENT AND DEMONSTRATIVE DEVICES TO USE AT TRIAL**<br><br>**Judge:** Hon. Saundra Brown Armstrong<br><br>**Date filed:** August 23, 2006<br>**Trial date:** September 16, 2009<br>**Courtroom:** 1, 4th Floor<br>         1301 Clay Street<br>         Oakland, CA |

1  The Court, having been duly notified of Plaintiffs' intention to use equipment and
2  demonstrative devices and exhibits during the trial in this matter, hereby ORDERS that Plaintiffs
3  and their counsel of record be granted access to the Federal Building located at 1301 Clay Street
4  with the following devices and exhibits from September 18 through September 30, 2009:

- Projector stand
- Extension Cords
- Two rolling bookcases
- Exhibit Easel
- Two rolls of duct tape
- Digital slope measuring device ("Smart Tool")

**IT IS SO ORDERED.**

DATED:

_____
HONORABLE SAUNDRA B. ARMSTRONG
United States District Judge
Northern District of California

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644