LAURENCE PARADIS (STATE BAR NO. 122336)
MARY-LEE E. KIMBER (STATE BAR NO. 239086)
DISABILITY RIGHTS ADVOCATES
2001 Center St., Third Floor
Berkeley, CA 94704
Telephone:   (510) 665-8644
Facsimile:   (510) 665-8511
TTY:         (510) 665-8716
Email:       general@dralegal.org

DANIEL B. KOHRMAN (DC BAR NO. 394064)
JULIE NEPVEU (DC BAR NO. 458305)
AARP FOUNDATION LITIGATION
601 E Street, NW
Washington, DC 20049
Telephone:   (202) 434-2060
Facsimile:   (202) 434-6424
Cell:        (202) 316-1991
Email:       dkohrman@aarp.org
             jnepveu@aarp.org

JOSÉ R. ALLEN (STATE BAR NO. 122742)
Pro Bono Counsel
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111
Telephone:   (415) 984-6400
Facsimile:   (415) 984-2698

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR DISABILITY RIGHTS, INC. ("CDR"), CALIFORNIA COUNCIL OF THE BLIND ("CCB"), BEN ROCKWELL and DMITRI BELSER, on behalf of themselves, and on behalf of all others similarly situated<br><br>Plaintiffs,<br>v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION ("Caltrans") and WILL KEMPTON, in his official capacity<br><br>Defendants. | Case No. C-06-5125 SBA<br><br>**ORDER GRANTING PLAINTIFFS ACCESS TO THE FEDERAL BUILDING FOR EQUIPMENT AND DEMONSTRATIVE DEVICES TO USE AT TRIAL**<br><br>**Judge:** Hon. Saundra Brown Armstrong<br><br>**Date filed:** August 23, 2006<br>**Trial date:** September 16, 2009<br>**Courtroom:** 3, 3rd Floor<br>            1301 Clay Street<br>            Oakland, CA |

*Californians for Disability Rights, Inc. v. California Department of Transportation,* **Case No.: C 06 5125**
**[Proposed Order] Plaintiffs' Notice of Using Demonstrative Devices**

1   The Court, having been duly notified of Plaintiffs' intention to use demonstrative devices
2   and exhibits during the trial in this matter, hereby ORDERS that Plaintiffs and their counsel of
3   record be granted access to the Federal Building located at 1301 Clay Street with the following
4   devices and exhibits from September 16 through September 30, 2009:

- Printer
- Two Rolling Bookcases

**IT IS SO ORDERED.**

DATED: 9/18/09

_____
HONORABLE SAUNDRA B. ARMSTRONG
United States District Judge
Northern District of California

*Californians for Disability Rights, Inc. v. California Department of Transportation,* **Case No.: C 06 5125**
**[Proposed Order] Plaintiffs' Notice of Using Demonstrative Devices**