| | |
|---|---|
| LAURENCE PARADIS (SBN 122336)<br>MARY-LEE E. KIMBER (SBN 239086)<br>DISABILITY RIGHTS ADVOCATES<br>2001 Center St., Third Floor<br>Berkeley, CA 94704<br>Telephone:   (510) 665-8644<br>Facsimile:    (510) 665-8511<br>TTY:             (510) 665-8716<br>Email:           general@dralegal.org<br><br>DANIEL B. KOHRMAN<br>(DC BAR NO. 394064)<br>JULIE NEPVEU (DC BAR NO. 458305)<br>AARP FOUNDATION LITIGATION<br>601 E Street, NW<br>Washington, DC 20049<br>Telephone:   (202) 434-2060<br>Facsimile:    (202) 434-6424<br>Cell:             (202) 316-1991<br>Email: dkohrman@aarp.org; jnepveu@aarp.org<br><br>JOSÉ R. ALLEN (SBN 122742)<br>Pro Bono Counsel<br>Four Embarcadero Center, Suite 3800<br>San Francisco, CA 94111<br>Telephone: (415) 984-6400<br>Facsimile: (415) 984-2698<br><br>Attorneys for Plaintiffs | BRUCE BEHRENS, Chief Counsel<br>DAVID GOSSAGE, Deputy Chief Counsel<br>G. MICHAEL HARRINGTON, Assistant<br>Chief Counsel (SBN 124677)<br>595 Market Street, Suite 1700<br>San Francisco, CA 94105<br>Mail: P.O. Box 7444<br>San Francisco, CA 94120-7444<br>Telephone: (415) 904-5700<br>Facsimile: (415) 904-2333<br>E-mail: mike_harrington@dot.ca.gov<br><br>GREENBERG TRAURIG, LLP<br>GREGORY F. HURLEY (SBN 126791)<br>MICHAEL J. CHILLEEN (SBN 210704)<br>ALANA R. CHO (SBN 254730)<br>3161 Michelson Drive, Suite 1000<br>Irvine, CA 92612<br>Telephone: (949) 732-6500<br>Fascimilie: (949) 732-6501<br>Email: hurleyg@gtlaw.com<br><br>Attorneys for Defendants |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIANS FOR DISABILITY RIGHTS, INC. ("CDR"), CALIFORNIA COUNCIL OF THE BLIND ("CCB"), BEN ROCKWELL and DMITRI BELSER, on behalf of themselves, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION ("Caltrans") and WILL KEMPTON, in his official capacity.<br><br>Defendants. | Case No.  C 06 5125 SBA<br><br>**CLASS ACTION**<br><br>**ORDER RE STIPULATION AND REQUEST REGARDING DEADLINE FOR SUBMITTING SETTLEMENT AGREEMENT**<br><br>Judge: Hon. Saundra Brown Armstrong |

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

## ORDER

Having reviewed and considered the parties' "Stipulation and Request Regarding Deadline for Submitting Settlement Agreement," and good cause appearing, the Court hereby orders that:

1. The deadline for submitting the class settlement agreement and filing the motion for preliminary approval of the class settlement in the above-referenced matter is extended from December 18, 2009 until December 21, 2009.

**IT IS SO ORDERED.**

Dated: 12/17/09

_____
HONORABLE SAUNDRA B. ARMSTRONG
U.S. DISTRICT COURT JUDGE

\\Server\cases\CDR.CalTrans\Settlement\Final_Settlement_2009-2010\PO_Stip_Extend_Settle_Filing_Date.doc

*Californians for Disability Rights, Inc. v. California Department of Transportation,* **Case No.: C 06 5125**
**[Proposed] ORDER RE STIPULATION AND REQUEST REGARDING DEADLINE FOR SUBMITTING SETTLEMENT AGREEMENT**

1