LAURENCE PARADIS (SBN 122336)
MARY-LEE E. KIMBER (SBN 239086)
DISABILITY RIGHTS ADVOCATES
2001 Center St., Third Floor
Berkeley, CA 94704
Telephone: (510) 665-8644
Facsimile: (510) 665-8511
TTY: (510) 665-8716
Email: general@dralegal.org

DANIEL B. KOHRMAN
(DC BAR NO. 394064)
JULIE NEPVEU (DC BAR NO. 458305)
AARP FOUNDATION LITIGATION
601 E Street, NW
Washington, DC 20049
Telephone: (202) 434-2060
Facsimile: (202) 434-6424
Cell: (202) 316-1991
Email: dkohrman@aarp.org; jnepveu@aarp.org

JOSÉ R. ALLEN (SBN 122742)
Pro Bono Counsel
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111
Telephone: (415) 984-6400
Facsimile: (415) 984-2698

Attorneys for Plaintiffs

RONALD BEALS (SBN 53131)
DAVID GOSSAGE (SBN 83522)
G. MICHAEL HARRINGTON (SBN 124677)
595 Market Street, Suite 1700
San Francisco, CA 94105
Mail: P.O. Box 7444
San Francisco, CA 94120-7444
Telephone: (415) 904-5700
Facsimile: (415) 904-2333
E-mail: mike_harrington@dot.ca.gov

GREENBERG TRAURIG, LLP
GREGORY F. HURLEY (SBN 126791)
MICHAEL J. CHILLEEN (SBN 210704)
ALANA R. CHO (SBN 254730)
3161 Michelson Drive, Suite 1000
Irvine, CA 92612
Telephone: (949) 732-6500
Fascimilie: (949) 732-6501
Email: hurleyg@gtlaw.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIANS FOR DISABILITY RIGHTS, INC. ("CDR"), CALIFORNIA COUNCIL OF THE BLIND ("CCB"), BEN ROCKWELL and DMITRI BELSER, on behalf of themselves, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION ("Caltrans") and WILL KEMPTON, in his official capacity.<br><br>Defendants. | Case No. C 06 5125 SBA<br><br>**CLASS ACTION**<br><br>**ORDER RE STIPULATION AND REQUEST REGARDING DEADLINE FOR SUBMITTING SETTLEMENT AGREEMENT**<br><br>Judge: Hon. Saundra Brown Armstrong |

# ORDER

Having reviewed and considered the parties' "Stipulation and Request Regarding Deadline for Submitting Settlement Agreement," and good cause appearing, the Court hereby orders that:

1. The deadline for submitting the class settlement agreement and filing the motion for preliminary approval of the class settlement in the above-referenced matter is extended from December 21, 2009 until 8:30am on Tuesday December 22, 2009.

**IT IS SO ORDERED.**

Dated: 12/30/09

*Saundra B. Armstrong*
HONORABLE SAUNDRA B. ARMSTRONG
U.S. DISTRICT COURT JUDGE

---

*Californians for Disability Rights, Inc. v. California Department of Transportation,* **Case No.: C 06 5125**
**[Proposed] ORDER RE STIPULATION AND REQUEST REGARDING DEADLINE FOR SUBMITTING SETTLEMENT AGREEMENT**

1