UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| CALIFORNIANS FOR DISABILITY RIGHTS,<br><br>                 Plaintiff(s),<br>    v.<br>CALIFORIA DEPT OF TRANSPORTATION,<br><br>                 Defendant(s).<br>_____/ | No. C 06-05125 SBA (MEJ)<br><br>**NOTICE OF REFERENCE** |

The above-captioned case was referred to Magistrate Judge Maria-Elena James to prepare a report and recommendation on Plaintiffs' Motion for Attorney's Fees (Dkt. #460). Accordingly, the Court shall conduct a hearing on May 13, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Pursuant to Civil Local Rule 7, Defendants shall file any opposition by April 22, 2010, and Plaintiff shall file any reply by April 29, 2010.

Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

**IT IS SO ORDERED.**

Dated: April 5, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge