LAURENCE PARADIS (STATE BAR NO. 122336)
MARY-LEE E. KIMBER (STATE BAR NO. 239086)
DISABILITY RIGHTS ADVOCATES
2001 Center St., Third Floor
Berkeley, CA 94704
Telephone:    (510) 665-8644
Facsimile:    (510) 665-8511
TTY:          (510) 665-8716
Email:        general@dralegal.org

DANIEL B. KOHRMAN (DC BAR NO. 394064)
JULIE NEPVEU (DC BAR NO. 458305)
AARP FOUNDATION LITIGATION
601 E Street, NW
Washington, DC 20049
Telephone:    (202) 434-2060
Facsimile:    (202) 434-6424
Cell:         (202) 316-1991
Email:        dkohrman@aarp.org
              jnepveu@aarp.org

JOSÉ R. ALLEN (STATE BAR NO. 122742)
Four Embarcadero Center, Suite 3800
San Francisco, CA  94111
Telephone:    (415) 984-6400
Facsimile:    (415) 984-2698
Email:        jrallen@skadden.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR DISABILITY RIGHTS, INC. ("CDR"), CALIFORNIA COUNCIL OF THE BLIND ("CCB"), BEN ROCKWELL and DMITRI BELSER, on behalf of themselves, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION ("Caltrans") and WILL KEMPTON, in his official capacity.<br><br>Defendants. | Case No. :  C06-5125 SBA<br><br>**CLASS ACTION**<br><br>**REPLY DECLARATION OF JOSÉ R. ALLEN IN SUPPORT OF MOTION FOR REASONABLE ATTORNEYS' FEES AND COSTS**<br><br>Date:  May 13, 2010<br>Time:  10:00 A.M.<br>Judge: Hon. Maria-Elena James |

I, José R. Allen, declare as follows:

1. I make this declaration in support of Plaintiffs' Reply in Support of their Motion For Reasonable Attorneys' Fees and Costs. I have personal knowledge of the facts stated herein and could and would competently testify to these facts if called as a witness.

2. I am co-counsel for the plaintiff class in the above-captioned action and I have been extensively involved in all aspects of the federal and state cases since approximately May 2008.

3. My practice is not limited to providing advice to corporate clients regarding complex environmental compliance and liability issues, as defense attorney Gregory Hurley declares in paragraph 8 of his Declaration in Support of Defendants' Opposition to Plaintiffs' Motion for Reasonable Attorneys' Fees and Costs. I have been regularly engaged in complex litigation in federal and state courts for thirty-four years and I am a member of Litigation Department at Skadden, Arps. Inasmuch as I have outlined my litigation experience in my prior declaration in this action and in the biographical sketch that appears on my firm's website, there is no need to recount my experience here, except to note that I have been engaged in litigation practice for ten years longer than Mr. Hurley. I estimate that approximately 98 percent of my time is devoted to complex litigation.

4. As to Mr. Hurley's irrelevant and hearsay statements regarding Skadden, Arps' representation of Taco Bell, it suffices to say that Taco Bell is a client of the firm and as such I will not discuss privileged attorney-client communications regarding this firm's representation of Taco Bell. Furthermore, as a matter of personal practice, I do not represent private clients in areas in which I provide *pro bono* representation. As a consequence, I have not taken on *pro bono* representation in the areas of securities law, consumer class actions, or environmental law.

5. Attached hereto as Exhibit A is a true and correct copy of a letter dated September 26, 2009 from me to Mr. Hurley, including several attachments. This letter and the documents attached thereto describe various conduct of Mr. Hurley in this litigation and prior cases.

1

REPLY DECLARATION OF JOSÉ R. ALLEN                                                                C06-5125 SBA

1   I declare under penalty of perjury that the foregoing is true and correct.  Executed
2  this 29th day of April, 2010 at San Francisco, California.

3
                                                              _____/s/*_____
4                                                                      José R. Allen

5

6  *  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
   "conformed" signature (/s/) within this efiled document.
7

REPLY DECLARATION OF JOSÉ R. ALLEN                                                     C06-5125 SBA
221363.01-San Francisco Server 1A - MSW