IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR DISABILITY RIGHTS, *et al.*,<br><br>        Plaintiffs,<br><br>  v.<br><br>CALIFORNIA DEPT OF TRANSPORTATION, *et al.*,<br><br>        Defendants.               / | No. C 06-05125 SBA (MEJ)<br><br>**ORDER RE FURTHER BRIEFING** |

On May 27, 2010, the undersigned held a hearing on the matter of Plaintiff's Motion for Attorney's Fees. (Dkt. #460.) At the hearing, the undersigned discussed certain deficiencies in Defendants' explanations of requested deductions to Plaintiffs' hours, represented in chart form in Exhibits N, P, and Q to Mr. Hurley's Declaration. (Hurley Decl., Ex. N, Dkt. #493; Notice of Errata, Exs. P, Q, Dkt. #494.) Accordingly, the undersigned ORDERS Defendants to submit supplemental briefing detailing their objections to Plaintiffs' time entries and the deductions sought, including their objections to the media fees sought by Plaintiffs. Defendants are ORDERED to submit this briefing by June 11, 2010. Plaintiffs' reply briefing must be submitted by June 18, 2010.

**IT IS SO ORDERED.**

Dated: May 27, 2010

                                                    MARIA-ELENA JAMES<br>
                                                    Chief United States Magistrate Judge