| | |
|---|---|
| LAURENCE PARADIS (SBN 122336)<br>MARY-LEE E. KIMBER SMITH (SBN 239086)<br>RONALD ELSBERRY (SBN 130880)<br>DISABILITY RIGHTS ADVOCATES<br>2001 Center St., Third Floor<br>Berkeley, CA 94704<br>Telephone: (510) 665-8644<br>Facsimile: (510) 665-8511<br>TTY: (510) 665-8716<br>Email: general@dralegal.org<br><br>DANIEL B. KOHRMAN (DC Bar No. 394064)<br>JULIE NEPVEU (DC Bar No. 458305)<br>AARP FOUNDATION LITIGATION<br>601 E Street, NW<br>Washington, DC 20049<br>Telephone: (202) 434-2060<br>Facsimile: (202) 434-6424<br>Cell: (202) 316-1991<br>Email: dkohrman@aarp.org<br>jnepveu@aarp.org<br><br>JOSÉ R. ALLEN (SBN 122742)<br>Pro Bono Counsel<br>Four Embarcadero Center, Suite 3800<br>San Francisco, CA 94111<br>Telephone: (415) 984-6400<br>Facsimile: (415) 984-2698<br><br>Attorneys for Plaintiffs | RONALD W. BEALS (SBN 53131)<br>DAVID GOSSAGE (SBN 83522)<br>G. MICHAEL HARRINGTON (SBN 124677)<br>ANKUSH AGARWAL (SBN 233150)<br>595 Market Street, Suite 1700<br>San Francisco, CA 94105<br>Mail: P.O. Box 7444<br>San Francisco, CA 94120-7444<br>Telephone: (415) 904-5700<br>Facsimile: (415) 904-2333<br><br>GREENBERG TRAURIG, LLP<br>GREGORY F. HURLEY (SBN 126791)<br>MICHAEL J. CHILLEEN (SBN 210704)<br>ALANA R. CHO (SBN 254730)<br>3161 Michelson Drive, Suite 1000<br>Irvine, California 92612<br>Telephone: (949) 732-6500<br>Facsimile: (949) 732-6501<br>E-mails: hurleyg@gtlaw.com;<br>chilleenm@gtlaw.com; choa@gtlaw.com<br><br>Attorneys for Defendants CALIFORNIA DEPARTMENT OF TRANSPORTATION and WILL KEMPTON, in his capacity as Director of the California Department of Transportation |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIANS FOR DISABILITY RIGHTS, INC. ("CDR"), CALIFORNIA COUNCIL OF THE BLIND ("CCB"), BEN ROCKWELL and DMITRI BELSER, on behalf of themselves, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION ("Caltrans") and WILL KEMPTON, in his official capacity.<br><br>Defendants. | Case No. C 06 5125 SBA (MEJ)<br><br>**STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR PLAINTIFFS' RESPONSE TO SUPPLEMENTAL BRIEFING OF DEFENDANTS IN OPPOSITION TO PLAINTIFFS' FEE MOTION; [PROPOSED] ORDER** |

On May 27, 2010, the Court held a hearing on the matter of Plaintiffs' Motion for Attorney's Fees.

The Court ordered Defendants to submit supplemental briefing by June 11, 2010, detailing their objections to Plaintiffs' time entries and the deductions sought, including their objections to the media fees sought by Plaintiffs.

The Court ordered that Plaintiffs' response to such supplemental briefing be submitted by June 18, 2010.

On June 11, 2010, at 11:21 p.m., and then on June 12, 2010, at 12:44 a.m., Defendants filed supplemental briefing consisting of 16 pages of argument, a 138-page declaration, and almost 900 pages of exhibits including "errata" regarding exhibits, detailing thousands of objections to Plaintiffs' time entries.

Because of the volume and detail of Defendants' supplemental briefing, Plaintiffs are unable to respond to Defendants' various types of objections by June 18, 2010, as the Court previously ordered. *See* Declaration of Ronald Elsberry in Support of Stipulation and Request for Extension of Time for Plaintiffs' Response to Supplemental Briefing of Defendants in Opposition to Plaintiffs' Fee Motion, submitted herewith.

Neither party has previously sought an extension of time to file any briefing in connection with the fee motion under consideration.

Plaintiffs' fee motion was originally set to be heard by Judge Armstrong on April 27, 2010, and Plaintiffs filed their motion including all supporting papers on March 23, 2010. When Judge Armstrong referred the matter to this Court, the hearing was continued to May 13, 2010. Defendants filed their initial opposition to the motion on April 22, 2010. Defendants also filed "errata" to their opposition including, for the first time, Exhibits P and Q to the Declaration of Gregory F. Hurley, on April 28, 2010. Plaintiffs filed their reply on April 29, 2010. This Court subsequently further continued the hearing to May 27, 2010.

Judge Armstrong granted final approval of the parties' settlement on June 2, 2010, acknowledging in her Order that "Plaintiffs' application for an award of attorneys' fees and

---

*Californians for Disability Rights, Inc. v. California Department of Transportation*, Case No.: C 06 5125
STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR PLAINTIFFS' RESPONSE TO SUPPLEMENTAL BRIEFING OF DEFENDANTS IN OPPOSITION TO PLAINTIFFS' FEE MOTION; [PROPOSED] ORDER

1

expenses has been submitted to the Court and referred to Magistrate Judge Maria Elena James for determination, subject to review by this Court upon timely request by either party."

There is no specific deadline for the determination of Plaintiffs' fee motion.

The parties agree to a two-week extension for Plaintiffs to file their response to Defendants' supplemental briefing.

The undersigned parties, by and through their counsel of record, hereby stipulate to and request that:

The Court order that Plaintiffs' briefing in response to Defendants' supplemental briefing as ordered by the Court be extended two weeks to July 2, 2010.

SO STIPULATED.

DATED: June 14, 2010      GREENBERG TRAURIG, LLP

                          /s/*
                          Gregory F. Hurley
                          Attorneys for Defendants

DATED: June 14, 2010      DISABILITY RIGHTS ADVOCATES

                          Ronald Elsberry
                          Attorneys for Plaintiffs

*The filer of this document attests that concurrence in the filing of this document has been obtained from Defendants' counsel.

[Proposed] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 16, 2010
                          MARIA-ELENA JAMES
                          Chief United States Magistrate Judge

\\Server\Cases\CDR.Caltrans\Pleadings\Stipulations\Stip_Response_D's_Supp_Briefing_Fees.doc

*Californians for Disability Rights, Inc. v. California Department of Transportation*, Case No.: C 06 5125
STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR PLAINTIFFS' RESPONSE TO SUPPLEMENTAL BRIEFING OF DEFENDANTS IN OPPOSITION TO PLAINTIFFS' FEE MOTION; [PROPOSED] ORDER