1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

# UNITED STATES  DISTRICT COURT

## Northern District of California

CALIFORNIANS FOR DISABILITY
RIGHTS

                    Plaintiff(s),

          v.

CALIFORIA DEPT OF TRANSPORTATION

                    Defendant(s).
_____/

No. C 06-5125 MEJ

**ORDER DIRECTING DEFENDANTS
TO SUBMIT CHAMBERS COPIES IN
COMPLIANCE WITH GENERAL
ORDER 45 AND THE COURT'S
STANDING ORDERS**

    On June 11, 2010, Defendants electronically filed supplemental briefing.  (Dkt. ##516, 517.)
However, Defendants have failed to comply with General Order 45 and the Court's Standing Orders
by failing to deliver to the Clerk's Office "no later than noon on the business day following the day
that the papers are filed electronically, one paper copy of each document that is filed electronically .
. . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and
'Chambers Copy-Do Not File.'"  *See* General Order 45 § VI.G; *see also* Case Management Standing
Order, Magistrate Judge Maria-Elena James, ¶ 6.  Defendants are hereby ORDERED to comply with
General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy,
**with exhibits and appropriate tab dividers if necessary**, of the above-referenced documents.

    **IT IS SO ORDERED.**

Dated: June 16, 2010

                                    _____
                                    Maria-Elena James
                                    Chief United States Magistrate Judge