# UNITED STATES DISTRICT COURT

# Northern District of California

CALIFORNIANS FOR DISABILITY RIGHTS, *et al.*,

        Plaintiffs,

  v.

CALIFORIA DEPT. OF TRANSPORTATION, *et al.*,

        Defendants.
_____/

No. C 06-05125 SBA (MEJ)

**ORDER RE: DECLARATION OF JOSÉ R. ALLEN (DKT. #463)**

Before the undersigned is Plaintiffs' motion for attorney's fees, accompanied by several declarations. In his declaration, José R. Allen, counsel for Plaintiffs, fails to include the requested hourly rates for the attorneys and staff at Skadden, Arps, Slate, Meagher & Flom LLP who worked on the matter. (Dkt. #463.) Accordingly, the undersigned ORDERS Allen to provide a supplemental declaration with the rates for each attorney and staff member for which Plaintiffs seek fees.

**IT IS SO ORDERED.**

Dated: September 20, 2010

_____
Maria Elena James
Chief United States Magistrate Judge